District court for the United States
District court for the Illinois (7th circuit)
Central District of Illinois
Rock Island Division
Rock Island Illinois

Jonathan R. Harder
   Plaintiff,

v.

Shawn Lay,
William Rivord
   Defendants

Complaint
civil action no. ___

The following is an action authorized by 42 U.S.C. Section 1983 to redress the deprivation under color of state law of rights secured by the constitution of the United States. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343(a)(3). Plaintiff seeks declaratory relief pursuant to U.S.C. Section 2201 and 2202. Plaintiff claims for injunctive relief are authorized by 28 U.S.C. Section 2283 & 2284 and rule 65 of the Federal Rules of Civil Procedure.

## II Plaintiffs

Plaintiff Jonathan R. Harder is and was at all times mentioned herein a prisoner of the state of Illinois in the custody of Henry County. He is currently confined in the Henry County Jail in Cambridge Illinois.

## III Defendants

William Rivord of the Kewanee Police Department
Shawn Lay of the Kewanee Police Department

## III Facts

1. That on or about December 28th Jonathan R. Harder was harrassed and assulted by the arresting officers of the Kewanee Police Department. While Harder was in a holding cell in the KPD, officers, William Rivord and Shawn Lay and two other officers came into the holding cell and brutally beat him, choked him, and tasered him multiple times. Protection from Brutality, Eighth

FILED
FEB 23 2009
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

2. After recieving the injuries from the arresting officers they refused to give Harder medical attention for the cuts, bruises and swelling inflicted upon him. That also violates his eighth Amendment. Right to Medical care.

3. Upon arrival to the Henry County Jail a Deputy Sherriff took pictures of the fresh wounds inflicted upon Harder.

4. Upon arrival to the Henry County Jail Harder was seen by a nurse and treated for his injuries and prescribed pain medication for the pain and antibiotic cream for the cuts.

## IV. Legal claims

1. The defendants physical abuse violated plaintiffs rights and constituted cruel and unusual punishment under the eighth amendment of the United States Constitution.

2. Defendents deliberate indifference to plaintiffs medical needs violated plaintiffs rights and constituted cruel and unusual punishment under the Eighth Amendment of the United States Constitution.

## V Prayer For Relief

WHEREFORE, Plaintiff respectfully prays that this court enter Judgment granting plaintiffs:

1. A declaration that acts and omissions described herein violated plaintiffs rights under the Constitution and laws of the United States.

2. Compensatory damages against each defendant jointly and severally.

3. Punitive Damages in the amount of $50,000 against each defendant.

4. A Jury trial on all issues triable by jury.

5. Plaintiffs cost in this suit.

6. Any additional relief this court deems just, proper, and equitable.

Dated:

Respectfully submitted,

Jonathan Harder
Jonathan R Harder
31 W. Center St.
Cambridge Illinois 61238

Subscribed & Sworn to before me
Eugene Stockton
Notary

OFFICIAL SEAL
EUGENE L STOCKTON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/04/10